

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 23419053**
**Date Processed: 06/30/2021**

| | |
|---|---|
| **Primary Contact:** | Tanya Flores<br>Midland Credit Management, Inc.<br>350 Camino de La Reina<br>Ste 100<br>San Diego, CA 92108-3007 |
| **Electronic copy provided to:** | Krista Yerby |
| **Entity:** | Midland Credit Management, Inc<br>Entity ID Number  1682419 |
| **Entity Served:** | Midland Credit Management, Inc. |
| **Title of Action:** | Lateiya Starr vs. Midland Credit Management, Inc. |
| **Matter Name/ID:** | Lateiya Starr vs. Midland Credit Management, Inc. (11359270) |
| **Document(s) Type:** | Notice and Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Allegheny County Court of Common Pleas, PA |
| **Case/Reference No:** | AR-21-002711 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 06/28/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Emily S. Gomez-Hayes<br>412-378-5854 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



# The Law Office of Emily Gomez, LLC

2011 Noble Street
Suite 201
Pittsburgh, PA 15218

Tel: (412) 378-5854
Fax: (412) 357-1564
Email: esg@egomezlaw.com

---

June 25, 2021

Midland Credit Management, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Re: **Starr v. Midland Credit Management, Inc., AR-21-002711**

Dear Sir or Madam,

Pursuant to Pa.R.C.P. 403, please find enclosed a copy of the Plaintiff's Complaint filed on June 25, 2021 in the Court of Common Pleas of Allegheny County, Pennsylvania. The above-captioned matter is currently scheduled for an arbitration hearing in Pittsburgh on October 20, 2021 in Room 702 of the City-County Building, which is located at 414 Grant Street, Pittsburgh PA 15219. Service of this Complaint is effective upon receipt.

If you have any questions or concerns, please don't hesitate to contact me. I can be reached at (412) 378-5854, or by email at esg@egomezlaw.com.

Sincerely Yours,

Emily S. Gomez-Hayes, Esq.

# Allegheny County Court of Common Pleas Event Notification: AR-21-002742

From: webmaster.pro@county.allegheny.pa.us <WEBMASTER.PRO@COUNTY.ALLEGHENY.PA.US>

To: Emily Gomez <ESG@EGOMEZLAW.COM>

CC: promail@county.allegheny.pa.us <promail@county.allegheny.pa.us>

Date: Friday, June 25th, 2021 at 3:45 PM

A Arbitration Hearing has been scheduled for
**AR-21-002742 - Starr vs Midland Credit Management Inc.**
at Room 702, City-County Building on 10/20/2021 at 9:00

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| LATEIYA STARR, | CIVIL DIVISION |
| Plaintiff, | |
| vs. | CASE NO. AR-21-_____ |
| MIDLAND CREDIT MANAGEMENT, INC., | **COMPLAINT** |
| Defendant. | Filed on Behalf of Plaintiff, Lateiya Starr |
| | Counsel of Record for this Party: |
| | EMILY S. GOMEZ-HAYES, ESQ. PA I.D.# 206926 |
| | LAW OFFICE OF EMILY GOMEZ, LLC 2011 Noble Street, Suite 201 Pittsburgh, PA 15218 Tel: 412-378-5854 Fax: 412-357-1564 esg@egomezlaw.com |

Jury Trial Demanded Upon
Removal or Appeal

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| LATEIYA STARR,<br><br>                Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                Defendant. | CIVIL DIVISION<br><br>CASE NO. AR-21-_____ |

### NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSON AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE
The Allegheny County Bar Association
11th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 261-5555

## HEARING NOTICE

      YOU HAVE BEEN SUED IN COURT. The above Notice to Defendant explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defendant, a hearing before a board of arbitrators will take place in the Compulsory Arbitration Center. Report to the Arbitration Assembly Room, Courtroom Two, Seventh Floor City-County Building, 416 Grant Street, Pittsburgh, Pennsylvania 15219, on _____, \_\_\_\_ at 9:00 a.m. **IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING.**

      BY THE COURT:

      _____, A.J.

## DUTY TO APPEAR AT ARBITRATION HEARING

      If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

      **NOTICE: You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing.**

      **If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| LATEIYA STARR,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | CIVIL DIVISION<br><br>CASE NO. AR-21-_____ |

## **COMPLAINT**

AND NOW comes the Plaintiff, Lateiya Starr, by and through her attorneys, Emily Gomez-Hayes and the Law Office of Emily Gomez LLC, and makes the following Complaint, asserting violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"). In support thereof, she states as follows:

### **PARTIES**

1. Plaintiff Lateiya Starr ("Plaintiff"), is a natural person and resident of Allegheny County, Pennsylvania. Ms. Starr is a "consumer" as defined by § 1692a(3) of the FDCPA. Prior to 2021, Plaintiff allegedly incurred a financial obligation primarily for personal, family, or household purposes – a "debt" as defined by § 1692a(5) of the FDCPA.

2. Defendant Midland Credit Management, Inc. ("MCM" or "Defendant") is a Kansas corporation with a principal place of business in San Diego, CA. MCM's primary business is the collection of charged-off consumer debt on behalf of original creditors and debt purchasers.

3. In the ordinary course of business, MCM utilizes the mails and telephone in an effort to collect charged-off debt from consumers in Allegheny County, Pennsylvania. Defendant is a "debt collector" as defined by § 1692(a)(6) of the FDCPA.

**FACTUAL ALLEGATIONS**

4. On or about April 14, 2021, Defendant caused a letter (the "April Letter") to be sent to Attorney Gregory Artim of Artim Law, LLC on behalf of Plaintiff. Exhibit A.

5. The April Letter advised Attorney Artim that Defendant believed its records with respect to a Credit Account ending in 5853 were accurate. Id.

6. Attorney Artim had no idea what Defendant was talking about.

7. With an alleged balance of $861.64 purportedly due and owing, the Credit Account ending in 5853 pertained to a former credit account of Plaintiff's, which had been an Amazon credit card originated by Synchrony Bank. Id.

8. While Attorney Artim had represented Plaintiff in two unrelated legal disputes with MCM back in the years 2016 and 2017, the accounts at issue in those matters had alleged balances of $1,032.80 and $805.77, and had been originated by Credit One Bank, not Synchrony Bank. Exhibit B.

9. At no time did Attorney Artim represent Plaintiff with respect to the Credit Account ending in 5853.

10. With respect to the Credit Account ending in 5853, Attorney Artim was a third party and perfect stranger.

11. As a result, Attorney Artim did not have Plaintiff's permission to view the private financial information contained in the April Letter.

12. Following his receipt of the April Letter, Attorney Artim informed Plaintiff that he had received unsolicited, private financial information of hers in connection with a credit account that she had not retained him to handle.

13. Upon receiving the April Letter, Plaintiff became extremely upset and anxious, and worried that the security of any financial information of hers in MCM's possession was at risk.

14. As a direct and proximate result of Defendant's conduct, Plaintiff has experienced significantly increased anxiety, which has made it difficult to concentrate at work.

15. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered from anxiety, embarrassment, stress, and lost sleep.

### Count I – FDCPA

16. The preceding paragraphs are incorporated herein by reference.

17. The foregoing acts and omissions of Defendant constituted (1) improper communication to third parties, and (2) unfair practices in violation of 15 U.S.C. §§ 1692c and 1692f of the FDCPA.

#### *Communication with Third Parties: § 1692c*

18. In relevant part, § 1692c(b) requires that, inter alia:

> "[w]ithout the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of a debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector."

15 U.S.C. § 1692c(b).

19. In the instant matter, Defendant's actions violated § 1692c(b) because it disseminated private financial information of Plaintiff to a third party without Plaintiff's consent.

20. While § 1692c(b) provides for communications to a consumer's attorney, Plaintiff had no attorney with respect to the Credit Account ending in 5853.

21. Defendant's sending of the April Letter to Attorney Artim therefore violated § 1692c(b).

22. As a result of Defendant's actions, Plaintiff has suffered such harm as has previously been stated herein.

### *Unfair or Unconscionable Means: § 1692f*

23. In relevant part, § 1692f prohibits debt collectors from engaging in any:

> "[u]nfair or unconscionable means to collect or attempt to collect a debt."

15 U.S.C. § 1692f.

24. Black's Law Dictionary defines unconscionable as:

> "[S]howing no regard for conscience; affronting the sense of sense of justice, decency, or reasonableness."

Black's Law Dictionary, 2nd Pocket Ed. 2001.

25. In the instant matter Defendant's actions constituted unconscionable conduct in violation of §1692f, because disclosing a person's private financial information to third parties without consent offends any objective person's sense of justice, decency, and reasonableness.

26. As a result of Defendant's actions, Plaintiff has suffered such harm as has previously been stated herein.

27. Due to the foregoing violations of 15 U.S.C. §§ 1692c and 1692f, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount of up to $1000.00 pursuant to § 1692k(a)(2)(A); and reasonable attorneys' fees and costs pursuant to § 1692k(a)(3).

### Count II – FCEUA

28. The preceding paragraphs are incorporated herein by reference.

29. The foregoing acts and omissions of Defendant MCM constituted violations of 73 P.S. § 2270.4(a) of the FCEUA, based on Defendant's violations of 15 U.S.C. §§ 1692c and 1692f of the FDCPA.

30. Violations of the FCEUA in turn constitute per se violations of the Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), pursuant to 73 P.S. § 2270.5(a).

31. As a result of these violations, Plaintiff is entitled to up to three times her damages, costs, and attorneys' fees pursuant to 73 P.S. § 201-9.2 of the UTPCPL.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Lateiya Starr respectfully requests that this Court:

A. Declare that the Defendant's actions violated the FDCPA and the FCEUA;

B. Enter judgment in favor of Plaintiff for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k of the FDCPA and § 201-9.2 of the UTPCPL; and

C. Grant any further relief as deemed just.

## JURY DEMAND

Plaintiff demands a trial by jury upon removal or appeal.

## ARBITRATION LIMITS

This matter is filed within the court's Arbitration Limits.

[remainder of page left intentionally blank]

Respectfully submitted,

LAW OFFICE OF EMILY GOMEZ, LLC

*Emily S. Gomez-Hayes*
Emily S. Gomez-Hayes, Esq.
PA I.D. #206926
2011 Noble Street, Suite 201
Pittsburgh, PA 15218
Tel: 412-378-5854
Fax: 412-357-1564
esq@egomezlaw.com
*Counsel for Plaintiff Lateiya Starr*

## VERIFICATION

I, Lateiya Starr, have read the foregoing Complaint, and affirm that the facts asserted therein are true and correct to the best of my knowledge, information, and belief. This verification is made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

6/24/2021
Date

*Lateiya Starr*
Lateiya Starr

# EXHIBIT A



| | |
|---|---|
| Midland Credit Management | 350 Camino De La Reina Suite 100 San Diego, CA 92108 |

| | |
|---|---|
| Phone | (877) 231-8885 |
| Hours of Operation | Mon-Fri: 5am-4:30pm PT; |

008

Latelya Starr
C/O Morgan Drexen
1751 Lincoln Hwy
North Versailles, PA 15137-2558

| | |
|---|---|
| Original Creditor | Synchrony Bank |
| Original Account Number | 6045781061025853 |
| MCM Account Number | 8573850633 |
| Current Owner | Midland Funding LLC |
| Current Balance | $861.64 |

05-07-2021

RE: Synchrony Bank   Amazon

Dear Latelya,

We have received and processed your dispute. After reviewing the information you provided, our account notes, and information provided by the previous creditor we have found that our information is correct. We have also enclosed documents regarding the account. If you believe we have reached this conclusion in error, please reference the information below:

| You have indicated that the following item(s) pertain to your account: | In order for us to further investigate your inquiry please provide the following documentation: |
|---|---|
| We are uncertain of what you are specifically disputing | Written explanation and documentation demonstrating any errors in our account information |

Information can be mailed to: Attention: Consumer Support Services, 320 E Big Beaver Rd. Suite 300, Troy, MI 48083

In response to your dispute, we have requested that the three major credit bureaus change the status of this account to "Disputed". Your credit report will not be updated if the federal reporting period has expired.

For additional information on credit reporting and tradeline statuses, please visit the following website:
https://www.MidlandCredit.com/help-center/assistance-faqs/

Please call Consumer Support Services at (877) 231-8885 if you have any additional questions.

Sincerely,

*Tim Bolin*

Tim Bolin, Division Manager

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt, we may continue to report it to the credit reporting agencies as unpaid.



0116000000011
0000 0000

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**   IDI1

## Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Account Information

| Original Creditor | Synchrony Bank | MCM Account Number | 8573850633 |
|---|---|---|---|
| Original Account Number | 6045781061025853 | Charge-Off Date | 11-15-2015 |
| Current Creditor *The sole owner of this debt* | Midland Funding LLC | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: Midland Credit Management, Inc. P.O. Box 51319 Los Angeles, CA 90051-5619 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 East Big Beaver Rd Suite 300 Troy, MI 48083 You may also call: (877) 231-8885 | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

NMLS ID: 934164

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Department of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431 and 2058507.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 320 E Big Beaver Rd. Suite 300, Troy, MI 48083

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

PRODA

# EXHIBIT B

# Magisterial District Judge 36-3-01

## DOCKET

Docket Number: MJ-36301-CV-0000128-2016

## Civil Docket

MIDLAND FUNDING LLC
v.
Lateiya Starr

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Dale F. Nicholson | File Date: | 11/03/2016 |
| Claim Amount: | $1,032.80 | Case Status: | Closed |
| Judgment Amount: | | County: | Beaver |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 12/06/2016 | 11:00 am | | Magisterial District Judge Dale F. Nicholson | Cancelled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Starr, Lateiya | New Brighton, PA 15066 |
| Plaintiff | MIDLAND FUNDING LLC | Eatontown, NJ 07724 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-36301-CV-0000128-2016 | MIDLAND FUNDING LLC | Lateiya Starr | Withdrawn | 11/18/2016 |

### ATTORNEY INFORMATION

**Private**

Name: Gregory Thomas Artim, Esq.

Representing: Starr, Lateiya

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 080886

Phone No.: 412-823-8003

Address: Morrow And Artim Pc
1751 Lincoln Hwy
North Versailles, PA 15137-2558

Entry of Appearance Filed Dt: 11/15/2016

Withdrawal of Entry of Appearance Filed Dt:

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 11/18/2016 | Withdrawn | Magisterial District Court 36-3-01 | Lateiya Starr, Defendant |
| 11/15/2016 | Entry of Appearance Filed | Gregory Thomas Artim, Esq. | Lateiya Starr, Defendant |
| 11/07/2016 | Intent to Defend Filed | Lateiya Starr | Lateiya Starr, Defendant |
| 11/03/2016 | Civil Complaint Filed | MIDLAND FUNDING LLC | |

MDJS 1200

Printed: 05/18/2021  9:32 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 36-3-01

## DOCKET

Docket Number: MJ-36301-CV-0000029-2017

### Civil Docket

Midland Funding LLC
v.
Lateiya Starr

Page 1 of 2

### CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Dale F. Nicholson | File Date: | 02/28/2017 |
| Claim Amount: | $805.77 | Case Status: | Closed |
| Judgment Amount: | | County: | Beaver |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 04/05/2017 | 10:00 am | | Magisterial District Judge Dale F. Nicholson | Cancelled |

### CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Starr, Lateiya | New Brighton, PA 15066 |
| Plaintiff | Midland Funding LLC | Eatontown, NJ 07724 |

### DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-36301-CV-0000029-2017 | Midland Funding LLC | Lateiya Starr | Withdrawn | 03/21/2017 |

### ATTORNEY INFORMATION

**Private**

Name: Gregory Thomas Artim, Esq.

Representing: Starr, Lateiya

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 080886

Phone No.: 412-823-8003

Address:  Morrow And Artim Pc
1751 Lincoln Hwy
North Versailles, PA 15137-2558

Entry of Appearance Filed Dt: 03/16/2017

Withdrawal of Entry of Appearance Filed Dt:

### DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 03/21/2017 | Withdrawn | Magisterial District Court 36-3-01 | Lateiya Starr, Defendant |
| 03/16/2017 | Entry of Appearance Filed | Gregory Thomas Artim, Esq. | Lateiya Starr, Defendant |
| 03/10/2017 | Intent to Defend Filed | Lateiya Starr | Lateiya Starr, Defendant |
| 02/28/2017 | Civil Complaint Filed | Midland Funding LLC | |

MDJS 1200                                                                                                                                         Printed: 05/18/2021  9:32 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.


Law Office of Emily Gomez, LLC
2011 Noble Street, Suite 201
Pittsburgh, PA 15218

**CERTIFIED MAIL**

7020 0640 0002 0172 3062

 
1000   19808

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA
15218
JUN 25, 21
AMOUNT
**$8.05**
R2304M115919-06

Midland Credit Management, Inc.
c/o Corporation Service Co.
251 Little Falls Drive
Wilmington, DE 19808